UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOLUCOES FARMACEUTICAS E COMETICAS, LTD.,<br><br>    Plaintiff,<br><br>    v.<br><br>WILSON, SONSINI, GOODRICH & ROSATI,<br><br>    Defendants. | Case No. 25-cv-04117 EKL (NC)<br><br>**ORDER GRANTING IN PART DISCOVERY MOTION AND RESETTING HEARING AFTER ADDITIONAL ACTIONS**<br><br>Re: Dkt. 36 |

In this professional negligence case, Plaintiff moves to compel production of certain discovery and a privilege log by Defendant. In its portion of the discovery brief, Defendant admits that it has not served a privilege log asserting any applicable privileges, but states that it "would be willing to provide a privilege log to the extent doing so would be appropriate and once a protective order is in place." Dkt. 36 at p. 5.

The Court finds that additional attorney work and communication would likely resolve this dispute without need for further Court intervention.

The Court orders as follows:

- The parties must meet and confer and file a proposed protective order to regulate the discovery process by January 5, 2026.

- Defendant must serve a privilege log by January 5, 2026. The attorneys must meet and confer with each other by January 12, 2026, as to any disputes about the privilege log. By January 14, 2026, the parties must file an updated joint discovery status report brief. If there is a dispute about the privilege log, the parties are granted leave to attach the privilege log to the report.

- By January 14, 2026, each party may additionally file a proposed order as to any discovery dispute referenced in the status report.

- The Court sets a discovery status hearing for January 21, 2026, at 11:00 a.m. by Zoom video before Magistrate Judge Cousins.

- The Court vacates the December 18, 2025, hearing and terminates Dkt. 36 as granted in part.

- No fees or costs are presently awarded. The Court expects skilled and experienced counsel to be able to work out the routine issues presented in this discovery brief.

**IT IS SO ORDERED.**

Dated: December 16, 2025

_____
NATHANAEL M. COUSINS
United States Magistrate Judge